
FILED
CLERK, U.S. DISTRICT COURT
2/14/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUTUAL TRUST LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARISA DAVEY, an Individual; RYAN DAVEY, an Individual; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04293 JAK (AGRx)<br><br>**ORDER RE STIPULATION FOR DISBURSEMENT OF INTERPLEADED FUNDS AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (DKT. 44)** |

Based on a review of the parties' Stipulation for Disbursement of Interpleaded Funds and Dismissal of Entire Action with Prejudice (the "Stipulation" (Dkt. 44)), sufficient good cause has been shown. The Stipulation is therefore **GRANTED** as follows:

1. The Clerk of the Court shall disburse the funds deposited with the Court by plaintiff Mutual Trust Life Insurance Company in the amount of $27,738.40 (the "Interpleaded Funds") as follows:

      a. $14,408.28 of the Interpleaded Funds shall be disbursed to Defendant Marisa Davey, by check made payable to Marisa Davey and delivered to Marisa Davey, 25820 Musselburgh Dr., Menifee, CA 92586.

      b. $10,591.72 of the Interpleaded Funds shall be disbursed to Defendant Ryan Davey, by check made payable to "John E. Cowan, in trust for Ryan Davey" and delivered to John E. Cowan, Esq., 100 Pine St., Suite 1250, San Francisco, CA 94111.

      c. $2,738.40 of the Interpleaded Funds shall be disbursed to Mutual Trust, by check made payable to "Mutual Trust Life Insurance Company" and delivered to Thomas A. Evans, Alston & Bird LLP, 560 Mission St., 21st Floor, San Francisco, CA 94105.

2. In the event any amount remains in the Interpleaded Funds after the disbursements have been deducted, Defendant Marisa Davey and Ryan Davey shall each receive half of the remaining funds, which shall be added to the check totals in Paragraphs 2 and 3 above.

3. The parties shall bear their own attorneys' fees and costs, except as expressly provided by this stipulation;

4. Upon disbursement of the Interpleaded Funds, the entire action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED: February 14, 2020

_____
John A. Kronstadt
United States District Judge

cc: Fiscal